IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | |
|---|---|
| JUDITH HERZOG,<br><br>          Plaintiff,<br><br>   vs.<br><br>ESIS, INC.,<br><br>          Defendant. | CV 10-78-BLG-CSO<br><br>**ORDER OF DISMISSAL** |

Upon stipulation of the parties, IT IS ORDERED the above matter is dismissed, with prejudice, as fully and finally settled on the merits. Each party is responsible for its own costs and attorney fees.

DATED this 7th day of October, 2011.

/s/ Carolyn S. Ostby
United States Magistrate Judge